**Order entered December 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-01212-CR

**DARWOOD LYNN KELLETT, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 073218**

### ORDER

The Grayson County District Clerk's request for an extension of time to file the clerk's record is **GRANTED** and the time to file the clerk's record is extended to **January 26, 2023**.

/s/    LANA MYERS
        JUSTICE